LLOYD A.R. MUHAMMAD v. NEW JERSEY STATE PAROLE BOARD.

September 5, 1986.

Petition for certification denied.

WILLIAM T. HOUGH v. WILLIAM DAVID KISS.

September 5, 1986.

Petition for certification denied.

JOHN R. LLOYD AND NANCY M. GOLEMBESKI v. AHMED KHALIFA AND NAHED KALIFA.

September 5, 1986.

Petition for certification denied.

FIDELITY MEDICAL SERVICES, INC. v. CENTENNIAL INSURANCE COMPANY.

September 5, 1986.

Petition for certification denied.